

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00545-CR

George Rene **VIDAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CR-9523
Honorable Maria Teresa Herr, Judge Presiding

Opinion by:    Rebeca C. Martinez, Justice

Sitting:        Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  January 14, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal in compliance with Rule 42.2(a). *See*

TEX. R. APP. P. 42.2(a).  The motion is granted and this appeal is dismissed. *See id.*  Appellant

has also requested that issuance of the mandate be expedited.  Finding good cause for expedited

issuance of the mandate, we grant appellant's request.  TEX. R. APP. P. 18.1(c).

Rebeca C. Martinez, Justice

DO NOT PUBLISH